1  Adam P. Segal, Esq.
   Nevada Bar No. 6120
2  Clark V. Vellis, Esq.
   Nevada Bar No. 5533
3  Bryce C. Loveland, Esq.
   Nevada Bar No. 10132
4  BROWNSTEIN HYATT FARBER SCHRECK, LLP
5  100 North City Parkway, Suite 1600
   Las Vegas, Nevada  89106-4614
6  Telephone:    (702) 382-2101
   Facsimile:     (702) 382-8135
7  Email: asegal@bhfs.com
   Email: cvellis@bhfs.com
8  Email: bcloveland@bhfs.com
9
   Attorneys for Plaintiffs
10

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13  TRUSTEES OF THE CEMENT MASONS          Case No.: 2:12-cv-00786-GMN-CWH
    AND PLASTERERS HEALTH AND
14  WELFARE TRUST; TRUSTEES OF THE
    CEMENT MASONS AND PLASTERERS
15  JOINT PENSION TRUST; TRUSTEES OF
    THE CEMENT MASONS AND
16  PLASTERERS VACATION SAVINGS
    PLAN TRUST; AND TRUSTEES OF THE
17  CEMENT MASONS AND PLASTERERS
    JOINT APPRENTICESHIP TRAINING        **STIPULATED/CONSENT JUDGMENT**
18  TRUST,
19
20                            Plaintiffs,
    vs.
21
22  PEEK CONSTRUCTION COMPANY, a
    Nevada corporation; PEEK
23  CONSTRUCTION COMPANY, a Nevada
    corporation doing business as EL CAMINO
24  CONSTRUCTION CO., INC.; and
    WILLIAMS BROTHER INC., a Nevada
25  corporation.
26                            Defendants.
27
28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Defendants Peek Construction Company, a Nevada Corporation ("Peek") and Williams Brother, Inc., a Nevada corporation ("Williams") (collectively referred to as "Defendants"), hereby stipulate and consent to entry of judgment in favor of Plaintiffs, Trustees of the Cement Masons and Plasterers Health and Welfare Trust, Trustees of the Cement Masons and Plasterers Joint Pension Trust, Trustees of the Cement Masons and Plasterers Vacation Savings Plan Trust, and Trustees of the Cement Masons and Plasterers Joint Apprenticeship Training Trust (collectively referred to as "Trust Funds"), and against Peek for the total sum of $8,746 for audit fees and attorneys' fees, and against Williams for the total sum of $71,569 for delinquent employee benefit contributions and related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties have stipulated and therefore the Court finds:

1.      Defendants are signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the Operative Plasterers and Cement Masons International Association Local No. 797 ("Union"), in which the Defendants agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2.      Under the CBA and the Trust Agreements, the Defendants are obligated to pay employee benefit contributions to the Trust Funds on behalf of the Defendants' bargaining unit employees represented by the Union.

3.      Based on a contract compliance review ("Audit") for the period of April 1, 2010, through May 31, 2012, Peek owes the Trust Funds $8,746 for Audit fees and attorneys' fees.

4.      Based on Audits for the time period of August 8, 2006, through May 31, 2012, Williams owes the Trust Funds $71,569 in employee benefit contributions, fees, interest and liquidated damages to date.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

5.    This Stipulated/Consent Judgment is entered into by and between the Defendants and the Trust Funds for employee benefit contributions and related costs and fees owed to the Trust Funds by ERISA.

Dated: ~~November~~ December 14, 2012

BROWNSTEIN HYATT FARBER SCHRECK, LLP

Adam P. Segal, Esq.
Clark V. Vellis, Esq.
Bryce C. Loveland, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

Dated: ~~November~~ December 11, 2012

PEEK CONSTRUCTION COMPANY, a Nevada corporation

Name: Michael Peek

Title: President

Telephone: _____

Facsimile: _____

Dated: ~~November~~ Dec 11, 2012

WILLIAMS BROTHER, INC., a Nevada corporation

Name: Michael Peek

Title: President

Telephone: _____

Facsimile: _____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

## JUDGMENT

Judgment is hereby entered against Peek Construction Company, a Nevada corporation in the amount of $8,746 and judgment is hereby entered against Williams Brother, Inc., a Nevada corporation in the amount of $71,569 in favor of the Trustees of the Cement Masons and Plasterers Health and Welfare Trust, Trustees of the Cement Masons and Plasterers Joint Pension Trust, Trustees of the Cement Masons and Plasterers Vacation Savings Plan Trust, and Trustees of the Cement Masons and Plasterers Joint Apprenticeship Training Trust.

Dated this 17th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

1   STATE OF NEVADA          )
                             )        SS.
2   COUNTY OF *Clark*        )

3       *Michael Peek*             , being first duly sworn, deposes and says:

4       That he/she is the *Pres.*          of Peek Construction Company, a Nevada Corporation,

5   and Williams Brother, Inc., a Nevada corporation, and is duly authorized to execute this

6   document; that he/she has read the foregoing Stipulated/Consent Judgment and knows the

7

8   contents thereof; that the same is true of his/her own knowledge, except for those matters therein

9   stated on information and belief, and as to those matters he/she believes them to be true.

10

11

12                                                              Affiant

13  Subscribed and Sworn to before me

14  this 11th day of *Dec* , 2012.

15

16          - Notary Public -

17  My commission expires: _____

            OLIVIA SCHULZE
18          NOTARY PUBLIC
            STATE OF NEVADA
            Appt. No. 94-1488-1
            My Appt. Expires December 27, 2015

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101