Adam P. Segal, Esq.
Nevada Bar No. 6120
Clark V. Vellis, Esq.
Nevada Bar No. 5533
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: cvellis@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT PENSION TRUST; TRUSTEES OF THE CEMENT MASONS AND PLASTERERS VACATION SAVINGS PLAN TRUST; AND TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT APPRENTICESHIP TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> PEEK CONSTRUCTION COMPANY, a Nevada corporation; PEEK CONSTRUCTION COMPANY, a Nevada corporation doing business as EL CAMINO CONSTRUCTION CO., INC.; and WILLIAMS BROTHER INC., a Nevada corporation. <br><br> Defendants. | Case No.: 2:12-cv-00786-GMN-CWH <br><br><br> STIPULATED/CONSENT JUDGMENT |

Defendants Peek Construction Company, a Nevada Corporation ("Peek") and Williams Brother, Inc., a Nevada corporation ("Williams") (collectively referred to as "Defendants"), hereby stipulate and consent to entry of judgment in favor of Plaintiffs, Trustees of the Cement Masons and Plasterers Health and Welfare Trust, Trustees of the Cement Masons and Plasterers Joint Pension Trust, Trustees of the Cement Masons and Plasterers Vacation Savings Plan Trust, and Trustees of the Cement Masons and Plasterers Joint Apprenticeship Training Trust (collectively referred to as "Trust Funds"), and against Peek for the total sum of $8,746 for audit fees and attorneys' fees, and against Williams for the total sum of $71,569 for delinquent employee benefit contributions and related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties have stipulated and therefore the Court finds:

1. Defendants are signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the Operative Plasterers and Cement Masons International Association Local No. 797 ("Union"), in which the Defendants agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, the Defendants are obligated to pay employee benefit contributions to the Trust Funds on behalf of the Defendants' bargaining unit employees represented by the Union.

3. Based on a contract compliance review ("Audit") for the period of April 1, 2010, through May 31, 2012, Peek owes the Trust Funds $8,746 for Audit fees and attorneys' fees.

4. Based on Audits for the time period of August 8, 2006, through May 31, 2012, Williams owes the Trust Funds $71,569 in employee benefit contributions, fees, interest and liquidated damages to date.

5. This Stipulated/Consent Judgment is entered into by and between the Defendants and the Trust Funds for employee benefit contributions and related costs and fees owed to the Trust Funds by ERISA.

Dated: ~~November~~ December 14, 2012

BROWNSTEIN HYATT FARBER SCHRECK, LLP

_[signature]_

Adam P. Segal, Esq.
Clark V. Vellis, Esq.
Bryce C. Loveland, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

Dated: ~~November~~ December 11, 2012

PEEK CONSTRUCTION COMPANY, a Nevada corporation

_[signature]_

Name: Michael Peek
Title: President
Telephone: _____
Facsimile: _____

Dated: ~~November~~ Dec 11, 2012

WILLIAMS BROTHER, INC., a Nevada corporation

_[signature]_

Name: Michael Peek
Title: President
Telephone: _____
Facsimile: _____

## JUDGMENT

Judgment is hereby entered against Peek Construction Company, a Nevada corporation in the amount of $8,746 and judgment is hereby entered against Williams Brother, Inc., a Nevada corporation in the amount of $71,569 in favor of the Trustees of the Cement Masons and Plasterers Health and Welfare Trust, Trustees of the Cement Masons and Plasterers Joint Pension Trust, Trustees of the Cement Masons and Plasterers Vacation Savings Plan Trust, and Trustees of the Cement Masons and Plasterers Joint Apprenticeship Training Trust.

Dated this 17th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

| | |
|---|---|
| 1 | STATE OF NEVADA ) |
| 2 | COUNTY OF Clark ) SS. |

3   Michael Peek, being first duly sworn, deposes and says:

4   That he/she is the Pres. of Peek Construction Company, a Nevada Corporation, and Williams Brother, Inc., a Nevada corporation, and is duly authorized to execute this document; that he/she has read the foregoing Stipulated/Consent Judgment and knows the contents thereof; that the same is true of his/her own knowledge, except for those matters therein stated on information and belief, and as to those matters he/she believes them to be true.

_____
Affiant

Subscribed and Sworn to before me
this 11th day of Dec, 2012.

_____
- Notary Public -

My commission expires: _____

> OLIVIA SCHULZE
> NOTARY PUBLIC
> STATE OF NEVADA
> Appt. No. 94-1488-1
> My Appt. Expires December 27, 2015

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

020031\0080\1754114.1

5